Bellovin & Karnas, P.C.
Matthew David Karnas, Esq.
Arizona State Bar No. 013728
131 East Broadway Blvd.
Tucson, AZ 85701
(520) 571-9700
karnas@bellovinkarnas.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ENDEAVOR ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TUCSON ELECTRIC POWER COMPANY, <br><br> Defendant. | Case No. 4:13-cv-02396- RCC <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF FED. R. CIV. P. 26(a)(1) DISCLOSURES** |

Pursuant to the Court's Scheduling Order dated May 30, 2014 [Doc. 42], Plaintiff Endeavor Energy, Inc., files the following notice:

Plaintiff has served its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon Defendant Tucson Electric Power Company.

1   Respectfully submitted this 13th day of June, 2014.

*Attorneys for Plaintiff*
*Endeavor Energy, Inc.*

/s/ Dara T. Jeffries
M. Blair Clinton, *Pro Hac Vice*
Timothy C. Davis, *Pro Hac Vice*
**HENINGER GARRISON DAVIS, LLC**
2224 First Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Email: bclinton@hgdlawfirm.com
Email: tim@hgdlawfirm.com

Jacqueline K. Burt, *Pro Hac Vice*
James F. McDonough, III, *Pro Hac Vice*
Dara T. Jeffries, *Pro Hac Vice*
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861
Facsimile: (205) 547-5502
Email: jburt@hgdlawfirm.com
Email: jmcdonough@hgdlawfirm.com
Email: djeffries@hgdlawfirm.com

Matthew David Karnas, Esq.
**BELLOVIN & KARNAS, P.C.**
131 East Broadway Blvd.
Tucson, AZ 85701
Telephone: (520) 571-9700
Email: karnas@bellovinkarnas.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via electronic mail pursuant to the Federal Rules of Civil Procedure on June 13, 2014.

*/s/ Dara T. Jeffries*
Attorney for Plaintiff